UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – CAMDEN DIVISION

Michael S. Kimm, Esq. (MK4476)
Adam Garcia, Esq.
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
T: 201-569-2880
*Attorneys for Plaintiff Energy Progress LLC*

| | |
|---|---|
| ENERGY PROGRESS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EXELON CORPORATION, BALTIMORE GAS & ELECTRIC, and JOHN DOES 1–5, <br><br> Defendants. | 17-CV-_____ <br><br> Civil Action <br><br> **Complaint** |

Plaintiff Energy Progress LLC for its complaint against the above-named defendants, states upon knowledge except where stated upon information and belief:

### THE PARTIES

1. At all relevant times, Plaintiff is a company organized under New Jersey law and maintains its offices in Ridgefield, Bergen County, New Jersey.

2. Upon information and belief, Exelon Corporation is an entity organized under Pennsylvania law and operates business under the auspices of Atlantic City

1

Electric, with offices at 5100 Harding Highway, Mays Landing, New Jersey, among other DBA's and addresses.

3. Upon information and belief, "Baltimore Gas & Electric" (BGE) is a DBA designation and instrumentality of Exelon Corporation, for operations pertaining to Maryland. Although BGE is not a separately-established entity, it is believed to maintain its own address at 110 West Fayette Street, Baltimore, MD, to address local matters.

4. John Does 1 through 5 are individuals who are believed to be entities associated with defendants Exelon or BGE and whose exact identities are presently unknown to Named Plaintiff and who may be joined later in the action.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this action as it arises under 28 U.S.C. § 1332(a). Venue is proper under 28 U.S.C. Section § 1391(1), (2) because substantial events or omissions occurred in this district and defendant solicited business in this district or within New Jersey. Exelon conducts general business in New Jersey as it does in the 48 contiguous states of the United States.

## BACKGROUND

6. Plaintiff is in the business of functioning as contractor and subcontractor and provides products and services in the energy-saving lighting field, with such

products as LED bulb and fixture, sales, installations, and maintenance.

7. Plaintiff was authorized by defendant(s) to participate in one or more energy-saving incentive program whereby plaintiff would install energy-saving replacement LED bulbs and fixtures to qualified applicants and defendant would provide certain incentive payments for those installations, after approval.

8. During the course of 2015, plaintiff provided numerous instances of proper, competent products and services and provided billing for such products and services but defendant has failed to tender payment even though payment has already been funded. Annexed hereto as <u>Exhibit 1</u> is a list of jobs completed, with an outstanding balance of $205,678.00 plus interest.

9. Defendants have had ample time and opportunity to verify plaintiff's jobs and have done so already. Defendants have known for more than a year that their payment for plaintiff's products and services have been due and overdue but have failed to tender payment due to quasi-governmental bureaucratic delay that has no relationship with plaintiff's performance.

10. In accordance with basic principles of contracts and Uniform Commercial Code, plaintiff has provided full and complete installation and sales. Defendants' withholding plaintiff's payment indefinitely has been unconscionable and indefensible.

## CLAIMS FOR RELIEF

### Count One – Breach of Contract

11.  The foregoing paragraphs are incorporated by reference.

12. By reason of the foregoing, plaintiff provided goods and services under a contract and under the U.C.C. as to sales and/or other relevant sections.

13. Despite plaintiff's repeated requests for payment for the completed jobs, defendant has repeatedly disregarded their obligation to pay.  As a result, they have breached their agreement and their obligations under the U.C.C.

WHEREFORE plaintiff demands the outstanding balance of $205,678.00 plus pre-judgment and post-judgment interest; costs and fees; and any other relief the Court deems just and proper under the circumstances.

### Count Two – Quantim Meruit

14.  The foregoing paragraphs are incorporated by reference.

15.  By reason of the foregoing, plaintiff is entitled to the reasonable value of its goods and services provided to defendants.  The reasonable value is the outstanding balance of $205,678.00 plus pre-judgment and post-judgment interest.; costs and fees.

WHEREFORE plaintiff demands the outstanding balance of $205,678.00 plus pre-judgment and post-judgment interest; costs and fees; and any other relief the

Court deems just and proper under the circumstances.

### Count Three – Unjust Enrichment

16. The foregoing paragraphs are incorporated by reference.

17. Defendants have been unjustly enriched with the goods and services rendered by plaintiff. Plaintiff should be compensated for such unjust enrichment.

WHEREFORE plaintiff demands the outstanding balance of $205,678.00 plus pre-judgment and post-judgment interest; costs and fees; and any other relief the Court deems just and proper under the circumstances.


Dated: April 26, 2017						/s/ Michael S. Kimm
								Michael S. Kimm
								Adam Garcia
								KIMM LAW FIRM
								Attorneys for plaintiff

# Exhibit 1

| BGE ACCOUNT RECEIVABLES - EPL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BUSINESS | ADDRESS | | | PHONE | AMOUNT | | BY | DATE |
| Schraf Associates LLC (2) | 9731 Washington Blvd | Laurel | 20723 | 301-765-1111 | $ 28,328.00 | $ 28,328.00 | EPL | 01/23/15 |
| Leonard Drum T/A Pointer Ridge Citgo | 808 Crain Hwy | | 20716 | | $ 1,620.00 | $ 1,620.00 | EPL | 04/14/15 |
| Exxon Gas Station - 7100 | 7100 Minstrel Way | Columbia | 21045 | 443-695-4688 | $ 4,610.00 | $ 4,610.00 | EPL | 04/15/15 |
| Savage Venture Inc | 3581 Fort-Meade Rd | | | | $ 1,050.00 | $ 1,050.00 | EPL | 06/06/15 |
| Cherryhill Fabrication Inc (1) | 10531 Jones Rd #D 1 | | | | $ 1,260.00 | $ 1,260.00 | EPL | 06/19/15 |
| Citgo Gas Station-1 | R 7500 Riggs Rd | Hanover | 21076 | 443-310-0886 | $ 1,120.00 | $ 1,120.00 | EPL | 06/23/15 |
| Parke West Car Wash (1) | 7805 Parke West Dr | Glen Burnie | 21061 | 301-982-5400 | $ 2,970.00 | $ 2,670.00 | EPL | 06/23/15 |
| Exxon Gas Station - 8850 #1 | 8850 Center Park Dr | Columbia | 21045 | 443-695-4688 | $ 4,200.00 | $ 4,200.00 | EPL | 06/26/15 |
| Forest BP Inc | 1824 Forest Dr | | | | $ 4,080.00 | $ 4,080.00 | EPL | 06/26/15 |
| Music Petroleum | 1023 Eastern Blvd | Baltimore | 21221 | 410-391-3225 | $ 580.00 | $ 580.00 | EPL | 06/26/15 |
| Holden Inc | R 6975 Balto-Annap Blvd | Baltimore | 21225 | 410-636-1404 | $ 3,930.00 | $ 3,930.00 | EPL | 07/01/15 |
| Nor-Lin Inc | 6047 Balle-Grove Rd | Baltimore | 21225 | 410-636-8188 | $ 695.00 | $ 695.00 | EPL | 07/03/15 |
| Starting Gate 1 | 3521 Whiskey Bottom Rd | Laurel | 20724 | 301-498-1616 | $ 4,440.00 | $ 4,440.00 | EPL | 07/03/15 |
| Mount Vernon Inc | 815 N Charles St | Baltimore | 21201 | 410-727-2595 | $ 3,940.00 | $ 3,940.00 | EPL | 07/07/15 |
| Mai Ta | 810 W Nursery Rd *Suite 3 | Linthicum Hts | 21090 | 410-636-5340 | $ 720.00 | $ 720.00 | EPL | 07/09/15 |
| Shell Gas - 9415 Annaplis Rd | 9415 Annapolis Rd | Lanham | 20706 | 410-340-1053 | $ 4,630.00 | $ 4,630.00 | EPL | 07/09/15 |
| Starting Gate 2 | 3521 Whiskey Bottom Rd | Laurel | 20724 | 301-498-1616 | $ 1,950.00 | $ 1,950.00 | EPL | 07/10/15 |
| Ayushi LLC | 6010 Meadowridge-Center Dr. Suite C | Elkridge | 21075 | 410-799-2508 | $ 820.00 | $ 820.00 | EPL | 07/13/15 |
| Home Of The World Inc | 325 S Dukeland St | Baltimore | 21223 | 410-947-0868 | $ 3,040.00 | $ 3,040.00 | EPL | 07/13/15 |
| Myron D McCaslin Sr | 6975 Balto-Annap Blvd | Baltimore | 21225 | 410-636-3545 | $ 820.00 | $ 820.00 | EPL | 07/14/15 |
| Patrick's Mobile Auto Repair LLC | R 1012 Leslie Ave | Baltimore | 21228 | 410-455-5300 | $ 1,420.00 | $ 1,420.00 | EPL | 07/14/15 |
| Woodland Svcs LLC (1) | 2707 North Rolling Rd | Baltimore | 21244 | 410-294-6939 | $ 4,320.00 | $ 4,320.00 | EPL | 07/14/15 |
| Exxon Gas Station - 7311 (Additional) | 7311 Wahsington Blvd | Elkridge | 21075 | 443-695-4688 | $ 620.00 | $ 620.00 | EPL | 07/15/15 |
| Javed Iqbal | 1007 Leslie Ave | Baltimore | 21228 | 410-744-7590 | $ 1,605.00 | $ 1,605.00 | EPL | 07/15/15 |
| Pjg Automotive Corp | 3041 Frederick Ave | Baltimore | 21223 | 410-566-5878 | $ 1,400.00 | $ 1,400.00 | EPL | 07/15/15 |
| Reds Wine & Spirits #1 | 12037 Belair Rd | Kingsville | 21087 | 410-592-6202 | $ 4,730.00 | $ 4,730.00 | EPL | 07/15/15 |
| Arundel Metal Products, Inc. | 190 Penrod Ct. Sect E and Sec F&G | Geln Burnie | 21061 | 410-760-1446 | $ 4,950.00 | $ 4,950.00 | EPL | 07/17/15 |
| Ui Kyun Shin | 6118 Belair Rd | Baltimore | 21206 | 443-838-3934 | $ 410.00 | $ 410.00 | EPL | 07/17/15 |
| Kingsville Auto Repair | 12116 Belair Rd | Kinsville | 21087 | 410-597-7178 | $ 1,915.00 | $ 1,915.00 | EPL | 07/22/15 |
| 3080 Solomon Island Xtra + 7 Eleven (1) | 3080 Solomon Island | Edgewater | 21037 | - | $ 4,200.00 | $ 4,200.00 | EPL | 07/22/15 |
| Easter Food Service Inc - Baltimore (1) | 3509 E North Ave | Baltimore | 21213 | 410-675-6250 | $ 4,130.00 | $ 4,130.00 | EPL | 08/07/15 |
| Easter Food Service Inc - Baltimore (2) | 3509 E North Ave | Baltimore | 21213 | 410-675-6250 | $ 2,475.00 | $ 2,475.00 | EPL | 08/07/15 |
| Mid Atlantic Supply Inc 2 | 8390 Washington Blvd | Jessup | 20794 | 301-725-0311 | $ 840.00 | $ 840.00 | EPL | 08/17/15 |
| Reds Wine & Spirits #2 | 12037 Belair Rd | Kingsville | 21087 | 410-592-6202 | $ 4,660.00 | $ 4,660.00 | EPL | 08/19/15 |
| Season & Reasons Inc 2 | 8909 Mcgaw Rd *Unit 9-10, Li | Columbia | 21046 | 410-381-1830 | $ 2,440.00 | $ 2,440.00 | EPL | 08/19/15 |
| An-Nur Foundation #1 | 10801 Philadephia Rd | White Marsh | 21162 | 443-528-0987 | $ 4,950.00 | $ 4,950.00 | EPL | 08/24/15 |
| An-Nur Foundation #2 | 10801 Philadephia Rd | White Marsh | 21162 | 443-528-0987 | $ 2,475.00 | $ 2,475.00 | EPL | 08/24/15 |
| Professional Interiors Inc | 190 Penrod Ct. Sect N | Glen Burnie | 21061 | 410-375-2888 | $ 1,990.00 | $ 1,990.00 | EPL | 08/28/15 |
| S.M. Atlantic Corp | 3605 Wilkens Ave | Baltimore | 21229 | 410-963-5833 | $ 2,825.00 | $ 2,825.00 | EPL | 08/28/15 |
| Robert Oxygen (1) | 1601 South Caton Ave | Baltimore | 21227 | 410-644-5015 | $ 3,500.00 | $ 3,500.00 | EPL | 09/02/15 |

| Name | Address | City | Zip | Phone | Amount 1 | Amount 2 | Type | Date |
|---|---|---|---|---|---|---|---|---|
| Robert Oxygen (2) | 1601 South Caton Ave | Baltimore | 21227 | 410-644-5015 | $ 2,635.00 | $ 2,635.00 | EPL | 09/02/15 |
| Farooq Ahmed Iqbal - Laundromat | 2847 Huntimgdon Ave *Store A Laundromat | Baltimore | 21211 | 443-421-1843 | $ 1,240.00 | $ 1,240.00 | EPL | 09/03/15 |
| Amocorp Inc | 7578 Ritchie Hwy | Glen Burnie | 21061 | 410-553-6840 | $ 1,530.00 | $ 1,530.00 | EPL | 09/08/15 |
| Magic Statch | 44 Alco Pl | Baltimore | 21227 | 410-247-2477 | $ 2,230.00 | $ 2,230.00 | EPL | 09/08/15 |
| Leon Auge Safoux | 9786 Washington Blvd Bay 4 | Laurel | 20723 | 240-470-9412 | $ 1,885.00 | $ 1,885.00 | EPL | 09/11/15 |
| Harjot & Sandeep Enterprise | 3923 Hollins-Ferry Rd | Baltimore | 21227 | 410-242-6988 | $ 1,940.00 | $ 3,550.00 | EPL | 09/12/15 |
| Prime Services #1 | S 9701 Annapolis Rd | Lanham | 20706 | 240-487-6924 | $ 4,740.00 | $ 4,740.00 | EPL | 09/12/15 |
| Atlantic Transmission | 4700 Belle Grove Rd | Brooklyn Park | 21225 | 410-609-1277 | $ 2,085.00 | $ 2,085.00 | EPL | 09/14/15 |
| Fork Auto Body (1) | 2705 Belair Rd | Fallston | 21047 | 410-879-8925 | $ 4,495.00 | $ 4,250.00 | EPL | 09/15/15 |
| Fork Auto Body (2) | 2705 Belair Rd | Fallston | 21047 | 410-879-8925 | $ 4,980.00 | $ 4,860.00 | EPL | 09/15/15 |
| Fork Auto Body (3) | 2705 Belair Rd | Fallston | 21047 | 410-879-8925 | $ 4,380.00 | $ 4,100.00 | EPL | 09/15/15 |
| Kentland Shell | 7777 Landover Rd | Landover | 20785 | 301-982-5400 | $ 4,430.00 | $ 4,430.00 | EPL | 09/15/15 |
| MAACO Laurel #1 | 8660 Cherry Ln #1-3 | Laurel | 20707 | 301-490-3300 | $ 4,980.00 | $ 4,980.00 | EPL | 09/24/15 |
| MAACO Laurel #2 | 8660 Cherry Ln #1-3 | Laurel | 20707 | 301-490-3300 | $ 4,840.00 | $ 4,840.00 | EPL | 09/24/15 |
| Latino Gas Inc | 16450 Harbour Way | Mitchellville | 20716 |  | $ 4,305.00 | $ 4,305.00 | EPL | 10/07/15 |
| Odenton Florist Inc | 1317 Annapolis Rd | Odenton | 21113 | 410-551-5951 | $ 4,625.00 | $ 4,625.00 | EPL | 10/07/15 |
| Parks Martial Arts | 8251 Telegraph Rd. Suite A | Odenton | 21111 | 418-305-6100 | $ 1,860.00 | $ 1,860.00 | EPL | 10/07/15 |
| Noor Services 2975 Ext | 2975 Chesapeake Beach Rd W | Dunkirk | 20754 | 301-980-2576 | $ 4,685.00 | $ 4,685.00 | EPL | 10/09/15 |
| Fulton Auto Sales #1 | 2301 Wilkens Ave | Baltimore | 21223 | 410-945-3335 | $ 4,220.00 | $ 4,220.00 | EPL | 10/10/15 |
| Fulton Auto Sales #2 | 2313 Wilkens Ave | Baltimore | 21223 | 410-945-3335 | $ 810.00 | $ 810.00 | EPL | 10/10/15 |
| Prime Services #2 | 9701 Annapolis Rd | Lanham | 20706 | 240-487-6924 | $ 2,650.00 | $ 2,650.00 | EPL | 01/04/16 |
| Exxon Gas Station - 8850 #2 | 8850 Center Park Dr | Columbia | 21045 | 443-695-4688 | $ 4,410.00 | $ 4,410.00 | EPL |  |
| TPC Racing Additional | 8040 Wahsington Blvd | Jessup | 20791 | 410-799-7223 | $ 400.00 | $ 400.00 | EPL |  |

$ 205,678.00